In The United States District Court
District of Nebraska

FILED
DISTRICT COURT
DISTRICT OF NEBRASKA
2017 SEP 22 PM 2:09
OFFICE OF THE CLERK

BRYAN DUNN
Plaintiff

vs.

1) Brenda Leuck, Atty, Douglas County Public Defenders office
2) Douglas County Courts and 3) douglas County Attorneys Office Employees
4) Omaha Police Department, Officers
Defendants

case# 8:17CV351

Complaint 42 U.S.C. §1983
Civil Complaint.

[redacted] to Proceed in forma properis

Due Process, Rights of Accused, Illegal Warrant, Illegal Jailed and in Jail with Counsel Violations Illegal Warrant and Extradition

Plaintiff Bryan Dunn Moves this Court under 42 U.S.C. [redacted] §1983 Civil Complaint for Violations of U.S. Const. Amend. 4, 5, 6, 14th etc. (1) Ineffective and Verbal abusive Counsel by Brenda Leuck through The Douglas County Public Defenders office under Case # CR17-1492 Since Date Aprox 04/11/2017
(2) Deliberate Indiference - Equal Protection of The Law Violations too.

(A) Plaintiff have wrote and Voiced his Complaint about Counsel, (B) Plaintiff has wrote Complaint about Counsel To The Counsel for Disciplin (C) and Supreme Court of Nebraska. The Judge under the Case # CR17-1492 will not Answer Counsel Complaints in Douglas County Nebraska
Plaintiff has sent a 2nd Complaint.

(D) Plaintiffs Mail When addressed to the Court is re-routed to The Public Defenders office, in the care of Brenda Leuck, The Clerks of Douglas County Nebraska Are in Violation of Due process <with illegal Warrant to arrest and Extradition>

(E) See Affidavit for Actions and inactions by Attorney Brenda Leuck of the Douglas County public Defenders office

— — — = Parties / Parties to be Served = — — — —

(1) Defendant, Brenda Leuck of the Public Defenders office Is Sued in her Official Capacities and Can be Servied at 1805 Civic Center, Omaha NE 68183

RECEIVED
SEP 22 2017

-(2) Douglas County Attorney office as Defendant for Case# CR17-1492 Sued in The Official Capacities and to be Served at 1701 Farnam Street, 100 Hall of Justice, Omaha, NE 68183

-(3) Omaha Police Officer (John Doe) of The Omaha Police Department and others Can be Served at 505 South 15th Street, Omaha NE in Their Official Capacities

-(4) Douglas County District Courts Employees in Their Official Capacities at Hall of Justice, Omaha, NE 68183

-(5) All Defendants are to be Served, and are Sued in their Official Capacities

#I This Plaintiff was illegally taken from Council Bluffs, Iowa with Illegal Warrant and false Claims in Violations of Constitutional Rights/Laws and

#II The Plaintiffs Rights/Liberties under The Amendments 4th 5th 6th and 14th of The United States Constitution Starting on 04/18/2017 and equal Nebraska Constitutional Articles of Nebraska when; Criminal Case CR17-1492 and 2

A On or about 04/11/2017 04/18/2017 I was wrongfully arrested by (John Doe) Omaha Police officer of The Omaha Police Department through Douglas County, Omaha, NE. [redacted]. Arrested by Council Bluffs, Iowa by Claims of (John doe) above.

B The Claims were That (he) John Doe was told by a man Stephen Pedigo That (I) Robbed ($20.00) Twenty dollars after Stephen Pedigo had Sold Plaintiff Drugs and Ripped Plaintiff off and That was Why Plaintiff (I) Stole ($20.00) and Suposenly beat up Stephen Pedigo too.

C Equal Protection Violation and Selective enforcement in Violation of This Plaintiffs (4th) (5th) and (14th) Amendments of The United States Constitution,,,,, when:

#1) The Officer (John Doe) did not arrest This Claimed Drug dealer, Stephen Pedigo whom Addmitted to Selling drugs.

#2) without Probable Cause, an illegally Warrant/Arrest For Robbery of This Plaintiff and/or Causing Arrest on 04/18/2017

#3) without evidence to Support and Violations of Officer "John Does" Duties/ under The Color of Law, Violating The Law and Rights of This Plaintiff did in Fact Violate Law, and Constitions and his Job duties See Neb. Rev. St. § 25-21,147

#4) (John Doe) Omaha Police Officer either Claimed to believe all of What Stephen Pedigo, even Though Mr. Stephen Pedigo Still had $41 dollars on him, his wallet, his wrist watch on, and a pocket knife in his Pocket.

#5) If (John Doe) Omaha Police Officer did not Believe (Stephen Pedigo) and (his) Story Then (I) Plaintiff Should not have been Arrested and No Warrant Should have been filed

#6) False Claims and [redacted] Claims of an officer Violates This Plaintiff's (4)(5) and (14th) Amendments U.S. Const. See Franks V. Delaware When written down and known to be False, The Arrest For Robbery on a felony warrant was illegal.

#7) Illegal Arrest and to cause to be Jailed, and held in Violation of Liberty with Claims of Robbery is a Violation of Plaintiffs Liberty. Not Creditable Person "Stephen Pedigo" or Reliable to get a warrant all in Violation

[D] Ineffective Assistance of Counsel U.S. 6th Amend. By Atty. Brenda Leuck of Douglas County Public Defender has been Ineffective Counsel and abusive Counsel, Distructive Counsel, by Atty. Brenda Leuck "(She)"

① When (She) does not Care,

② When (She) does What She wants on Plaintiffs Case and Not What Plaintiff tells her, or wants her to do.

③ Atty. Brenda Leuch has been told on The Jail Phone what he wants her to do — and She refuses — does not do it — (Discovery of Jail Phone can be done) and Conversations can be discovered.

④ Atty. Brenda Leuch has Swore, Threatened to Throw This Plaintiff under The bus, Make This Plaintiff Spend 9 more months Past his Speedy Trial, if This Plaintiff does not Take a plea agreement,

⑤ Atty Brenda Leuch of The Public Defenders office Refuses to let This Plaintiff See any and all Statements against Plaintiff, in Violation of Nebraska State Laws and Constitution of Nebraska — And also The U.S. Constitutional Amendments and Rights of Accused

⑥ Atty Brenda Leuck Claims to have made a Contract to Not let This Plaintiff See anything of his Criminal Case file. The Contract made with The Douglas County Attorney

And This Contract Violates this Plaintiffs Constitutional Rights of Accused. Fundamental Rights Say " I have a to See what is Said or Claimed about me - and What is Claimed I did wrong / Illegal by my accusers

(I) To lock me up in Jail, Leave me in the dark of What is Said - Then Come to me months later and Say " (1) Take This Deal or else / Sit in here!

(2) You have no rights of Speedy trial!

(3) You can't See nothing - I made a deal not to Let you See What your accusers claimed against you!

(4) had Depositions without you and you can not Know What the Claimed Victim Said - So take the Deal.

All above (I) (1) (2) (3) (4) were Said and done by Atty Brenda Leuch of The Douglas County Public Defenders office and a violation (5) of Plaintiffs rights

Public Defender Brenda Leuch Refuses to set off my Case and all Letters Sent to The Douglas County District Court - Clerk are resent to This public Defender Brenda Leuch, Leaving my Wants unknown to The Courts / Judge

(II) Plaintiff has Called on The Jail Phone to Speak with Public Defender Brenda ~~took~~ Leuchs Supervisor / Boss and is refused by The Clerk whom Aswers The Phone,

(1) Refusal to make Complaint against Brenda Leuch to The Supervisor of The Public Defenders office,

(2) Plaintiff was put on hold

(3) Sent only to Atty Brenda Leuchs Answering machine.

(4) Told They would leave message with Supervisor about Public Defender and Complaint Claimed

— — — — Claims to be Addressed — — — —

The Wrongful and illegal Claimed Warrant, The Jail hold, The Probable Cause Violation, The Proceeding in County Court and Time limits for Arraignment (48)-(72) hours to be brought to Court, ; Speedy Preliminary hearing within 14 days, and Preliminary hearing in Violation all under (State of Nebraska v. Bryan Dunn) Since aprox. 04/11/2017.

## Damages / Relief Requested

Plaintiff has lost everything he owns, Truck, Job, Personal Property, and was illegal brought to Nebraska on False information - Illegal Warrant and Since in Jail in Omaha, NE Further Violations by Prosecution and Public Defender.

Plaintiff wants $1000 a day for Ever day That Plaintiff has been restrained, Illegally for a Crime Plaintiff never did and Extradited to Nebraska for.

## Request Counsel

Plaintiff Requests Appointment of Attorney-Counsel

9/19/2017

X [signature]
Bryan Dunn
710 South 17th Street
Omaha, NE 68102

## Certificate of Service

I hereby Certify that I have Sent all parties known a Copy of this Complaint by U.S. Pre paid Postage on 9/19/2017.

9/19/17

X [signature]
Bryan Dunn
710 South 17th Street
Omaha, NE 68102

Bryan Dunn
Printed Name
( 442859 ) ( 17-29 )
Data # Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA
Hasler NE 680 FIRST-CLASS MAIL
09/20/2017 21 SEP '17
US POSTAGE $001.19º
ZIP 68102
011D10649071




Federal Courthouse
United States District Court
Office of The Clerk
111 South 18th Street Suite
Omaha, NE 68102

RECEIVED
SEP 22 2017
CLERK
U.S. DISTRICT COURT

THIS MAIL WAS SENT FROM THE DOUGLAS COUNTY CORRECTIONAL CENTER, OMAHA, NE