IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN DUNN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BRENDA LEUCK, Atty, Douglas County Public Defenders office; official capacity; DOUGLAS COUNTY DISTRICT COURTS EMPLOYEES, in their official capacity; and OMAHA POLICE OFFICER JOHN DOE OF THE OMAHA POLICE DEPARTMENT, official capacity;<br><br>　　　　　　Defendants. | 8:17CV351<br><br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the court on its own motion. On February 9, 2018, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No. 10.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

　　　　2.　　The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **March 26, 2018**: check for address.

Dated this 22nd day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge