IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRYAN DUNN,<br><br>               Plaintiff,<br><br>vs.<br><br>BRENDA LEUCK, Atty, Douglas County Public Defenders office; official capacity; DOUGLAS COUNTY DISTRICT COURTS EMPLOYEES, in their official capacity; and OMAHA POLICE OFFICER JOHN DOE OF THE OMAHA POLICE DEPARTMENT, official capacity;<br><br>               Defendants. | 8:17CV351<br><br><br>**MEMORANDUM<br>AND ORDER** |

On February 9, 2018, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 9](#).) Additionally, on February 22, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 11](#).) To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 3rd day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge